Decided June 14, 1910.

## COMMERCIAL NATIONAL BANK v. TEMPLE.

[109 Pac. 129.]

APPEAL AND ERROR—FAILURE TO FILE BRIEF—DISMISSAL.

Where appellant did not file a brief within 30 days after the filing of a transcript, as required by Supreme Court Rule 37 (50 Or. 589: 91 Pac. xii) the appeal will be dismissed on motion, and the judgment affirmed.

From Umatilla:  HENRY J. BEAN, Judge.

This is an action by the Commercial National Bank of Pendleton against J. F. Temple, Jr., and W. P. Temple. From a judgment in favor of plaintiff, defendants attempt to appeal.  Respondent moves to dismiss the appeal and to affirm the judgment of the circuit court.

Motion allowed and appeal dismissed.

AFFIRMED: APPEAL DISMISSED.

*Messrs. Fee & Slater* and *Mr. Gilbert W. Phelps,* for the motion.

No appearance for appellant.

Opinion PER CURIAM.

This is an appeal from Umatilla County.  The transcript was filed November 18, 1909.  On April 21, 1910, plaintiff filed a motion to dismiss the appeal and to affirm the judgment, for the reason that defendants have failed to file a brief within the 30 days after the filing of the transcript, as required by Rule 37 of this court, 50 Or. 589 (91 Pac. xii).  There is no appearance upon this motion by defendant, and as no brief was filed by him, as required, the motion is allowed, the appeal dismissed, and the judgment affirmed.  *State* v. *Horn,* 39 Or. 152 (65 Pac. 1066) ; *Schafer* v. *Beecher,* 54 Or. 273 (101 Pac. 899.)                                      AFFIRMED.